IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIM SCHREIBER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendant. | CV 24-163-M-KLD<br><br><br>ORDER |

Plaintiff Tim Schreiber has filed an unopposed motion to dismiss this matter with prejudice. (Doc. 15). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion is GRANTED and this case is hereby dismissed with prejudice.

DATED this 14th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1